·ters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. 11–8290. McCright *v.* McGrath, Warden. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. 11–8367. Flores *v.* Department of Health and Human Services et al. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari before judgment dismissed. See this Court's Rule 39.8.

No. 11–8482. Thornton *v.* Cavalin et al. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2604. In re Disbarment of Charles. Disbarment entered. [For earlier order herein, see *ante*, p. 1052.]

No. D–2605. In re Disbarment of Mabry. Disbarment entered. [For earlier order herein, see *ante*, p. 1052.]

No. D–2606. In re Disbarment of Lucas. Disbarment entered. [For earlier order herein, see *ante*, p. 1052.]

No. D–2607. In re Disbarment of Thompson. Disbarment entered. [For earlier order herein, see *ante*, p. 1052.]

No. D–2608. In re Disbarment of Morgan. Disbarment entered. [For earlier order herein, see *ante*, p. 1053.]

No. D–2609. In re Disbarment of Pearson. Disbarment entered. [For earlier order herein, see *ante*, p. 1053.]

No. D–2610. In re Disbarment of Woolverton. Disbarment entered. [For earlier order herein, see *ante*, p. 1053.]